IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MICHAEL DAVID HUDSON** | § § § | |
| *Plaintiff* | § | CIVIL ACTION NO. 4:21-cv-3366 |
| v. | § § | |
| **THE LEE THOMPSON COMPANY** | § § § | |
| *Defendant* | | **JURY TRIAL DEMANDED** |

## DISMISSAL AND FINAL JUDGMENT

ON THIS DAY CAME ON TO BE HEARD Plaintiff MICHAEL DAVID HUDSON and Defendant THE LEE THOMPSON COMPANY, who appeared by and through their respective attorneys of record and announced to this Court that all claims and causes of action have been fully and finally compromised and settled; the parties stipulated to the dismissal of Plaintiff's claim and lawsuit; and requested that a judgment be entered that Plaintiff take nothing against Defendant THE LEE THOMPSON COMPANY.

It is therefore ORDERED, ADJUDGED and DECREED that the above styled case and all claims by Plaintiff MICHAEL DAVID HUDSON over and against Defendant THE LEE THOMPSON COMPANY be and are hereby dismissed with prejudice.

All costs of Court associated with such claims are to be taxed against the party incurring same.

Any relief not herein specifically granted is hereby DENIED.

Signed this the 15th day of July, 2022.



_____
JUDGE PRESIDING